**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darryl A. Dawson                                          CHAPTER 13
                    Debtor(s)

                                                                 BKY. NO. 19-10825 amc

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   /s/ Rebecca Solarz
                                                   Rebecca Solarz
                                                   08 Nov 2020, 15:56:19, EST

                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322