## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13

DARRYL A. DAWSON          :        NO. 19-10825

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the 2ND Amended Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

**Date: March 24, 2021**

_____
BANKRUPTCY JUDGE