# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>DARRYL A. DAWSON | Case No. 19-10825-AMC<br>Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>    Movant | |
| vs. | |
| DARRYL A. DAWSON,<br>    Debtor | 11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this        day of                    , 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court .

Ashely M. Chan
U.S. Bankruptcy Judge

**Date: March 25, 2021**