Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-10825-AMC**

DARRYL A. DAWSON  
7422 NEW SECOND STREET  
ELKINS PARK  PA    19027-3315  

Petition Filed Date: 02/08/2019  
341 Hearing Date: 03/15/2019  
Confirmation Date: 09/11/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $470.48 | 1387405215 | 02/27/2020 | $470.48 | 1513609800 | 04/07/2020 | $470.48 | 1387405325 |
| 04/14/2020 | $470.48 | 1389906238 | 05/19/2020 | $470.48 | 1519812305 | 06/30/2020 | $470.48 | 26574345123 |
| 08/04/2020 | $470.48 | 1658909368 | 09/22/2020 | $470.48 | 1658909696 | 09/29/2020 | $470.48 | 1513610249 |
| 10/27/2020 | $470.48 | 1658909934 | 12/08/2020 | $470.48 | 1658910185 | 12/30/2020 | $470.48 | 1688802735 |
| 01/20/2021 | $470.48 | 1658910355 | 03/02/2021 | $570.00 | 1519813768 | 03/25/2021 | $570.00 | 1658910662 |
| 04/20/2021 | $570.00 | 1658910770 | 05/21/2021 | $570.48 | 1390005202 | | | |

**Total Receipts for the Period: $8,396.72    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,634.77**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | McCULLOUGH EISENBERG LLC<br>»» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CFAM FINANCIAL SERVICES LLC<br>»» 02S | Secured Creditors | $7,745.00 | $3,109.33 | $4,635.67 |
| 2 | CFAM FINANCIAL SERVICES LLC<br>»» 02U | Unsecured Creditors | $6,913.16 | $0.00 | $6,913.16 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $928.83 | $0.00 | $928.83 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Mortgage Arrears | $15,241.98 | $6,119.05 | $9,122.93 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 04P | Secured Creditors | $2,778.00 | $318.98 | $2,459.02 |

**Chapter 13 Case No. 19-10825-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,634.77 | Current Monthly Payment: | $570.00 |
| Paid to Claims: | $11,547.36 | Arrearages: | ($570.48) |
| Paid to Trustee: | $1,087.41 | Total Plan Base: | $30,874.29 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.