Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-10825-AMC

DARRYL A. DAWSON  
7422 NEW SECOND STREET  
ELKINS PARK  PA    19027-3315

Petition Filed Date: 02/08/2019  
341 Hearing Date: 03/15/2019  
Confirmation Date: 09/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $570.00 | 1658910770 | 05/21/2021 | $570.48 | 1390005202 | 06/23/2021 | $570.00 | 1688803650 |
| 07/27/2021 | $570.00 | 1654612438 | 08/25/2021 | $570.48 | 1688803991 | 09/29/2021 | $570.00 | 1654612736 |
| 11/02/2021 | $570.48 | 1654612877 | 12/07/2021 | $570.00 | 1654613038 | 01/07/2022 | $570.00 | 1658911978 |
| 02/01/2022 | $570.48 | 1688804395 | 03/03/2022 | $570.48 | 1513612309 | 04/05/2022 | $570.48 | 1688804571 |
| 05/10/2022 | $570.48 | 1048000361 | 06/07/2022 | $507.48 | 28087301946 | 06/09/2022 | $70.00 | 28087302295 |
| 07/19/2022 | $570.48 | 1387406674 | | | | | | |

**Total Receipts for the Period:  $8,561.32    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,055.61**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | McCULLOUGH EISENBERG LLC<br>»» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CFAM FINANCIAL SERVICES LLC<br>»» 02S | Secured Creditors | $7,745.00 | $5,047.78 | $2,697.22 |
| 2 | CFAM FINANCIAL SERVICES LLC<br>»» 02U | Unsecured Creditors | $6,913.16 | $0.00 | $6,913.16 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $928.83 | $0.00 | $928.83 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Mortgage Arrears | $15,241.98 | $9,933.90 | $5,308.08 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 04P | Secured Creditors | $2,778.00 | $1,347.23 | $1,430.77 |

**Chapter 13 Case No. 19-10825-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,055.61 | Current Monthly Payment: | $570.00 |
| Paid to Claims: | $18,328.91 | Arrearages: | ($11.32) |
| Paid to Trustee: | $1,726.70 | Total Plan Base: | $30,874.29 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.