# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> DARRYL A. DAWSON | Case No. 19-10825-amc <br> Chapter 13 |
| Freedom Mortgage Corporation, <br>     Movant | |
| vs. | |
| DARRYL A. DAWSON, <br>     Debtor | |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on March 22, 2023, Docket Number 65.

This 3rd day of May, 2023.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

20-09294 BKAOD01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> DARRYL A. DAWSON <br><br> Freedom Mortgage Corporation, <br>       Movant <br><br> vs. <br><br> DARRYL A. DAWSON , <br>       Debtor | Case No. 19-10825-amc <br> Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

CAROL B. MCCULLOUGH, Debtor's Attorney
65 W. Street Road
Suite A-204
Warminster, PA 18974
mcculougheisenberg@gmail.com


SCOTT F. WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107


Via First Class Mail:


20-09294 BKAOD01

DARRYL A. DAWSON
7422 NEW SECOND ST
ELKINS PARK, PA 19027-3315

Date: <u>May 3, 2023</u>

        <u>*/s/Andrew Spivack*</u>
        Andrew Spivack, PA Bar No. 84439
        Matt Fissel, PA Bar No. 314567
        Mario Hanyon, PA Bar No. 203993
        Ryan Starks, PA Bar No. 330002
        Jay Jones, PA Bar No. 86657
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

20-09294 BKAOD01