Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-10825-AMC**

DARRYL A. DAWSON  
7422 NEW SECOND STREET  
ELKINS PARK  PA    19027-3315

Petition Filed Date: 02/08/2019  
341 Hearing Date: 03/15/2019  
Confirmation Date: 09/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $570.48 | 1387406716 | 10/04/2022 | $570.48 | 1380310171 | 11/10/2022 | $570.48 | 1658913246 |
| 12/07/2022 | $570.48 | 1380310367 | 01/18/2023 | $570.48 | 1387406939 | 02/28/2023 | $570.48 | 1387406978 |
| 03/14/2023 | $570.48 | 1688805424 | 04/11/2023 | $570.48 | 1688805503 | 04/25/2023 | $570.48 | 1380310846 |
| 06/01/2023 | $570.48 | 1380310975 | 07/11/2023 | $570.48 | 1380311111 | | | |

**Total Receipts for the Period: $6,275.28    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $26,901.37**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | McCULLOUGH EISENBERG LLC  »» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CFAM FINANCIAL SERVICES LLC  »» 02S | Secured Creditors | $7,745.00 | $6,543.10 | $1,201.90 |
| 2 | CFAM FINANCIAL SERVICES LLC  »» 02U | Unsecured Creditors | $6,913.16 | $0.00 | $6,913.16 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC  »» 003 | Unsecured Creditors | $928.83 | $0.00 | $928.83 |
| 4 | FREEDOM MORTGAGE CORPORATION  »» 004 | Mortgage Arrears | $15,241.98 | $12,876.68 | $2,365.30 |
| 5 | FREEDOM MORTGAGE CORPORATION  »» 04P | Secured Creditors | $2,778.00 | $2,140.44 | $637.56 |

**Chapter 13 Case No. 19-10825-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,901.37 | Current Monthly Payment: | $570.00 |
| Paid to Claims: | $23,560.22 | Arrearages: | $552.92 |
| Paid to Trustee: | $2,302.87 | Total Plan Base: | $30,874.29 |
| Funds on Hand: | $1,038.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.