Certificate Number: 05781-PAE-DE-038604782

Bankruptcy Case Number: 19-10825



05781-PAE-DE-038604782

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 5:32 o'clock PM PDT, Darryl Dawson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 24, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President