| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-10825-AMC**

DARRYL A. DAWSON
7422 NEW SECOND STREET
ELKINS PARK  PA    19027-3315

Petition Filed Date: 02/08/2019
341 Hearing Date: 03/15/2019
Confirmation Date: 09/11/2019

Case Status: Completed on 5/20/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $570.48 | 1380311203 | 09/26/2023 | $570.48 | 1387407252 | 11/07/2023 | $570.48 | 4168000634 |
| 12/19/2023 | $570.48 | 3891000888 | 01/23/2024 | $571.00 | 29048210728 | 02/21/2024 | $570.48 | 4168000921 |
| 03/19/2024 | $570.48 | 4168001037 | 05/20/2024 | $549.52 | 2891000943 | | | |

**Total Receipts for the Period: $4,543.40    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,874.29**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAROL B MC CULLOUGH ESQUIRE »» 001 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CFAM FINANCIAL SERVICES LLC »» 02S | Secured Creditors | $7,745.00 | $7,745.00 | $0.00 |
| 2 | CFAM FINANCIAL SERVICES LLC »» 02U | Unsecured Creditors | $6,913.16 | $365.71 | $6,547.45 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $928.83 | $49.14 | $879.69 |
| 4 | FREEDOM MORTGAGE CORPORATION »» 004 | Mortgage Arrears | $15,241.98 | $15,241.98 | $0.00 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 04P | Secured Creditors | $2,778.00 | $2,778.00 | $0.00 |
| 0 | CAROL B MC CULLOUGH ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 6 | CHRYSLER CAPITAL AUTO LEASE LTD | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-10825-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,874.29 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $28,179.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,694.46 | Total Plan Base: | $30,874.29 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.